

## 11TH COURT OF APPEALS
### EASTLAND, TEXAS
### JUDGMENT

$1,030 in U.S. Currency,      * From the 35th District Court
of Brown County,
Trial Court No. CV1908344.

Vs. No. 11-20-00172-CV      * September 11, 2020

The State of Texas,      * Per Curiam Memorandum Opinion
(Panel consists of: Bailey, C.J.,
Stretcher, J., and Wright, S.C.J.,
sitting by assignment)
(Willson, J., not participating)

This court has inspected the record in this cause and concludes that the appeal should be dismissed. Therefore, in accordance with this court's opinion, the appeal is dismissed. The costs incurred by reason of this appeal are taxed against Alex Lopez Jr.